IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL WHELAN,

      Appellant,

v.

ADVANTAGE DELIVERY &
LOGISTICS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6242

_____/

Opinion filed September 23, 2014.

An appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: October 29, 2012.

E. Clayton Harland, II and Jerry B. Akel, Jacksonville, for Appellant.

Lee J. Harang and Autumn George of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.